UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DZ BANK AG DEUTSCHE ZENTRAL-
GENOSSENSCHAFTSBANK, FRANKFURT
AM MAIN, NEW YORK BRANCH,

          Plaintiff,

vs.           Case No. 3:10-cv-222-J-MCR

MICHAEL MCCRANIE a/k/a MICHAEL J.
MCCRANIE,

          Defendants.
_____/

## O R D E R

**THIS CAUSE** is before the Court on Plaintiff's Motion for Pro Hac Vice Admission (Doc. 88) filed June 13, 2013. Attorney Alex Darcy seeks admission pro hac vice to represent Plaintiff in this matter. The instant Motion asserts that Mr. Darcy is a member in good standing of the Illinois Bar. However, Mr. Darcy has not provided proof, nor have he averred that he is a "member in good standing of the bar of any District Court of the United States, outside the State of Florida," as is required by Local Rule 2.02(a). Furthermore, Plaintiff did not seek waiver of this requirement. As such, the Court will deny Plaintiff's Motion for Pro Hac Vice Admission (Doc. 88) at this time.[1]

Accordingly, after due consideration, it is

**ORDERED**:

---

[1] The instant Motion also fails to certify compliance with the requirement of Local Rule 3.01(g).

-1-

Plaintiff's Motions for Pro Hac Vice Admission (Doc. 88) is **DENIED without prejudice**.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  13th  day of June, 2013.

/s/ Monte C. R.
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record