UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DZ BANK AG DEUTSCHE ZENTRAL-
GENOSSENSCHAFTSBANK, FRANKFURT
AM MAIN, NEW YORK BRANCH,

          Plaintiff,

vs.                                                    Case No.  3:10-cv-222-J-MCR

MICHAEL MCCRANIE a/k/a MICHAEL J.
MCCRANIE,

          Defendants.
_____/

## O R D E R

**THIS CAUSE** is before the Court on Plaintiff's Second Amended Motion for Admission of Counsel Pro Hac Vice (Doc. 96) filed June 27, 2013.  Plaintiff seeks an order permitting attorney Alex Darcy of the law firm Askounis & Darcy, PC to appear as pro hac vice counsel in this case.

Mr. Darcy is a member in good standing of the State Bar of Illinois and the United States District Court for the Northern District of Illinois.  Attorney Lawrence C. Rolfe of the law firm Rolfe & Lobello, PA shall act as designated local counsel in this matter.

Local Rule 2.02(a) of the Local Rules for the Middle District of Florida provides that, "the non-resident attorney shall pay a fee equal to the fee prescribed in Rule 2.01(d), and the written designation shall certify the non-resident attorney's payment of the fee."  The Court would also note that any attorney who appears specially pursuant to Local Rule 2.02(a) or (b) is also deemed to be governed by, among other things, all

Local Rules of the United States District Court, Middle District of Florida, and the Code of Professional Responsibility that sets forth the proper professional behavior of members of the Florida Bar.[1]

Accordingly, after due consideration, it is

**ORDERED**:

Plaintiff's Second Amended Motion for Admission of Counsel Pro Hac Vice (Doc. 96) is **GRANTED** upon payment of the appropriate fee.

**DONE AND ORDERED** in Jacksonville, Florida this  27th  day of June, 2013.

_____
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record

---

[1] The Local Rules are available for review on the public website for the Middle District Court of Florida at www.flmd.uscourts.gov and may be obtained from the Clerk's Office.