UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK, etc.,

Plaintiff,

v. CASE NO. 3:10-cv-222-SJH

MICHAEL MCCRANIE, etc.,

Defendant.
__________________________________/

# ORDER

Defendant's motion to alter or amend Order under Fed. R. Civ. P. 59(e) ("Motion to Alter or Amend"), Doc. 222, is **denied**. The Motion to Alter or Amend includes no legal memorandum as required by Local Rule 3.01(b), which alone warrants its denial. *See Gardner v. Mutz*, 488 F. Supp. 3d 1204, 1207 (M.D. Fla. 2020); *see also Vendita CRE LLC v. New Am. Network, Inc.*, No. 8:25-cv-2763-TPB-TGW, 2026 WL 1506104, at *2 (M.D. Fla. May 29, 2026). Such is particularly appropriate in that Defendant has violated the requirements of Local Rule 3.01(b) on many other occasions and been warned of the consequences of continued noncompliance. *See, e.g.*, Doc. 206, Doc. 214, Doc. 218 at 1, 6. Even if further considered, the Motion to Alter or Amend fails to show that the extraordinary remedy of reconsideration is warranted. *See, e.g.*, *Bens v. Bryten Real Estate Partners, LLC*, No. 2:25-cv-602-KCD-KRH, 2026 WL 2477195, at *1 (M.D. Fla. Aug. 24, 2026); *Grimaldi Deep Sea S.p.A. v. SSA Atl., LLC*, No. 3:24-cv-562-MMH-SJH, 2026 WL 900134, at *1–2 (M.D. Fla. Apr. 2, 2026).

The motion to stay, Doc. 223, is in turn **denied as moot**.

**DONE AND ORDERED** in Jacksonville, Florida, on September 22, 2026.



Samuel J. Horovitz
United States Magistrate Judge

Copies to:

*Pro Se* Party

Counsel of Record